UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT FORMING, INC.,

      Plaintiff,

CASE NO.  08-15153

-vs-

COASTAL FOODS, INC.,        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

      Defendant.
_____/

## ORDER DISMISSING THE CASE FOR LACK OF SUBJECT MATTER JURISDICTION

On January 5, 2009, this Court ordered Defendant to show cause why this matter should not be dismissed for a lack of subject matter jurisdiction, based on a failure to satisfy the amount in controversy requirement.  (Doc. No. 2).  Defendant did not respond to the show cause order.  Because Defendant has not shown that this Court enjoys proper subject matter jurisdiction over the action, and this Court dismisses the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

      **SO ORDERED.**

                                          S/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 18, 2009.

                                                S/Denise Goodine
                                                Case Manager